

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-21-2013

# Jeffrey Wiest v. Thomas Lynch

Precedential or Non-Precedential: Precedential

Docket No. 11-4257

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Jeffrey Wiest v. Thomas Lynch" (2013). *2013 Decisions.* Paper 1045.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1045

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4257
_____

JEFFREY A. WIEST; LAURA E. WIEST, HIS WIFE,

Appellants

v.

THOMAS J. LYNCH, Chief Executive Officer and Director
of Tyco Electronics Corporation; TERRENCE CURTIN,
Executive Vice President and Chief Financial Officer of Tyco
Electronics Corporation; CHARLES POST, ESQUIRE,
Senior Labor & Employment Counsel; CHARLES
DOUGHERTY, President, Wireless Systems, A Tyco
Business Unit; TYCO ELECTRONICS CORPORATION
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-10-cv-03288)
District Judge: Honorable Gene E.K. Pratter
_____

Argued October 5, 2012

Before: McKEE, *Chief Judge*, JORDAN and VANASKIE, *Circuit Judges*

(Filed: March 21, 2013)

Richard C. Angino, Esq. (Argued)
Daryl E. Christopher, Esq.
Angino & Rovner, P.C.
4503 North Front Street
Harrisburg, PA 17110
        *Counsel for Appellants*

Stephen M. Kohn, Esq. (Argued)
Kohn, Kohn & Colapinto
3233 P. Street, N.W.
Washington, D.C. 20007
        *Counsel for Amicus Curiae National Whistleblowers Center*

Michael A. Finio, Esq. (Argued)
Amy C. Foerster, Esq.
Cory S. Winter, Esq.
Saul Ewing LLP
2 North 2nd Street
7th Floor
Harrisburg, PA 17101
        *Counsel for Appellees*

Eugene Scalia, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Amicus Curiae Chamber of Commerce of the United States of America*

_____

ORDER AMENDING OPINION

_____

VANASKIE, *Circuit Judge.*

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

On page 22 of the Court's Opinion, the phrase "'have the courage to'" within the quotation of page 1 of the Dissenting Opinion Typescript shall be deleted and replaced with ". . ." to denote the omission of that part of the quotation.

This amendment does not change the date of filing (March 19, 2013).


/s/ Thomas I. Vanaskie
Circuit Judge

DATED:      March 21, 2013